IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01544–WJM–KMT

SHAUNA HUFF, and
KEITH HUFF,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Unopposed Motion for Rule 35 Examination of Plaintiff Shauna Huff" (Doc. No. 26, filed Jan. 20, 2015) is GRANTED.  Pursuant to Federal Rule of Civil Procedure 35(a), for good cause shown, Plaintiff Shauna Huff shall submit to a medical examination on **February 10, 2015 at 2:30 PM** at Colorado Rehabilitation Occupational Medicine, 1390 S. Potomac St., Suite 100, Aurora, Colorado 80012-4529.  The examination shall be conducted by Tashof Bernton, M.D., and shall be limited to an examination of Ms. Huff's alleged injuries resulting from the December 23, 2009 motor vehicle accident at issue in this case, including injuries to Plaintiff's neck, back, upper extremities, torso, chest wall, and hip.

Dated: January 21, 2015